# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Tempestt Luckett

v.　　　　　　　　　　　　　　　　　　Case Number: 4:25−cv−05390

Portfolio Recovery Associates, LLC, et al.

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Judge Lee H Rosenthal**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 3/27/2026

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:　January 30, 2026　　　　　　　　　　　　　　　　　　Nathan Ochsner, Clerk