**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Tempestt Luckett | 4:25cv5390 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Portfolio Recovery Associates LLC | Complaint & Summons |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Portfolio Recovery Associates Corporation Service Co dba CSC-Lawyers Incorporating Service Co.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
211 E 7th St, Ste 620, Austin, TX 78701-3218

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Tempestt Luckett
P.O. Box 541131
Houston, TX 77254

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

United States Courts
Southern District of Texas
FILED
MAR 05 2026
Nathan Ochsner, Clerk of Court

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 713-250-5500
DATE: 1/13/2026

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 1of2 | District of Origin No. 79 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk | Date 1/28/26 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 2/17/26   Time: 11:37  ☒ am  ☐ pm

Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy
Dusn B
3-2-26

Costs shown on attached USMS Cost Sheet >>

REMARKS

9589 0710 5270 2722 6496 70

Delivered via ~~USPS~~ certified mail
(see attached)

Form USM-285
Rev. 03/21